**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

Keno Ramsay

Plaintiff(s),

v.

Anthony J. Annucci

Defendant(s).

---

**COMPLAINT**
(Pro Se Prisoner)

**Case No.** 9:22-a-265
(Assigned by Clerk's
Office upon filing)

**Jury Demand**
☑ Yes
☐ No



U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
MAR 1 8 2022
AT____O'CLOCK
John M. Domurad, Clerk - Syracuse

---

**NOTICE**
The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore **not** contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

---

I.    **LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)
☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
☑ Other (please specify) <u>the Americans with Disabilities Act</u>
<u>conspiracy Claim</u>

Anthony J. Annucci Acting Commissioner
New York State Department of corrections and community Supervision
State office Building #9 State office Compus
Albany N.y 12226

Individual Capacity and offical Capacity

---

Ann Marie J Sullivance. Commissioner of Mental Health
Individual Capacity and offical Capacity
44 Holland Ave Albany, NY 12229

---

Individual capacity and offical capacity

Brian Hilton. Fromer Commissioner

State office Building #9
state office compus
Albany N.Y 12226

Individual Capacity and offical capacity

O.S.I office

State office Building #9
state office Compus
Albany N.y 12226

## II.    PLAINTIFF(S) INFORMATION

Name:                      Keno Ramsay

Prisoner ID #:             21B0692

Place of detention:        Marcy Correctional facility

Address:                   marcy   N.Y. 13403-3600

Indicate your confinement status when the alleged wrongdoing occurred:

☐ Pretrial detainee
☐ Civilly committed detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

Keno Ramsay   16A4030

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

## III.    DEFENDANT(S) INFORMATION

Defendant No. 1:           Reardon   Patrick
                           Name (Last, First)

                           Superintendent
                           Job Title

                           Marcy correctional Facility
                           Work Address

                           marcy   N.Y   13403-3600
                           City              State          Zip Code

Defendant No. 2:           Medbury . D
                           Name (Last, First)

                           Dep of Menal Health
                           Job Title

2

Marcy Correctional Facility
Work Address

marcy    N.Y    13403-3600
City            State            Zip Code

**Defendant No. 3:**    Fendler    P
Name (Last, First)

grievance    Supervi
Job Title

marcy correctional facility
Work Address

marcy    N.Y    13403-3600
City            State            Zip Code

**Defendant No. 4:**    Rose
Name (Last, First)

grievance
Job Title

marcy correctional Facility
Work Address

Marcy    N.Y    13403-3600
City            State            Zip Code

If there are additional defendants, the information requested in this section must be provided for each person; additional sheets of paper may be used and attached to this complaint.

## IV.    STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the events in the order they happened. Your statement of facts should include the following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the specific location in the facility)

3

defendant. Joseph Russo  Prison guard
Individual capacity and official capacity
Address Marcy correctionAl facility
Marcy  N.Y 13403-3600

defendant. Pyke - correction lieutenant
Individual capacity and official capacity
Address. marcy LOrrectional Facility
Marcy  N.Y 13403-3600

defendant. Kirkpat - correction  captain
Individual capacity and official capacity
Address marcy correctional Facility
Marcy  N.Y 13403-3600

defendant John Doe  Food Administrator  MessHall - kitchen
John Doe , Individual capacity and official capacity
  Address:  Marcy correctional facility
    marcy N.Y 13403-3600

defendant. Brandi Lynn Corigliano Mars Supervisor nurse

Individual capacity and official capacity

Address: Marcy correctional Facility

Marcy N.Y 13403-3600

---

defendant. Sarah Derocco   Rmttu Head nurse

Individual capacity and official capacity

Address: Marcy correctional Facility

Marcy N.Y 13403-3600

---

Ms. Divis - Mental Health Staff

Individual capacity and official capacity

Address: Marcy correctional Facility

Marcy N.Y 13403-3600

---

defendant. Ms. Brown - mental Health Staff

Individual capacity and official capacity

Address: Marcy correctional Facility

Marcy N.Y 13403-3600

---

defendant  J Champlin  Prison guard

Individual capacity and official capacity

Address Marcy Correctional Facility

Marcy N.Y 13403-3600

defendant. Dunn, Banks, Ryan Rugari, R. Kessler, carpenter, John Doe, John Doe, John Doe, John Doe, John Doe, John Doe, John Doe, Jane Doe, John Doe, John Doe, John Doe.
  individual capacity and official capacity
Job Title. Prison guards

address: Marcy correctional facility

Marcy N.Y 13403-3600

defendant. Sanpietro unit chief  mental health
  individual capacity and official capacity
Address    Marcy correctional facility

Marcy N.Y 13403-3600

defendant. bellosi  mantal health staff
  individual capacity and official capacity
Address   Marcy correctional facility

Marcy N.Y 13403-3600

defendant. bell. J SORC, F.O.I.L.
  individual capacity and official capacity
Address  marcy correctional facility

Marcy N.Y 13403-3600

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

My rights is be violated am being harassed by guards they is playing with my food C.O Banks laundry clothing Kessler CO, John Doe and my mails CO Dunn, Kessler, John Doe CO, I am being discriminated for my race and because of my mental illness disability I be call name like, poor island boy, Bum retard, shit, fuck, stupid every day these Prison guards call me name R. Kessler, CO Dunn, Ryan Rugari, J. Champlin, Joseph Russo every day am getting Sobotaging by CO they enforcing there own law in marcy C.F RmHu, which is violation of my constitutional rights, and there is a conspiracy going on in marcy C.F RmHu to cover up the illegal things from the Superintendent patrick Reardon Dep D. medbury, grievance supervisor P. Fendler

## V.  STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

4

My constitutional rights is being violated all my rights is being deprived from me because, I am in marcy c.f Rmttu were individual suffered from Mental health illness it make, DOCCS Employees employed at marcy c.f Abuse there power and enforce unconstitutional rules and punishment on me the condition of the Rmttu is unconstitutional it not a Judge-Free environment. I am being subject to racial discrimination because am black and discrimination because of my Mental illness I have been call fucking nigger, nigger, tree Bear, dummy, Fuck, stupid, retard, shit, poor, and Island-Boy out loud. there also alot of sexual act going on with employees that I see happening and there ~~also~~ also domestic violence where the Females employees come to work with Black and Blue face and eye nurse and CO, I am here to rehabilitate and this environment have not after that to me the failure to respect the constitutional law make marcy c.f a illegal application that Why I am seeing the systematical racism, CO walk around the Prison with confederate flag mask and make American great-mask CO not cutting there face hair and the hair and there head CO walk around with out under shirt and the Supervisors From Anthony Annucci Acting commissioner, Mental health Ann marie T Sullivance commissioner, Brian Hilton, Superintendent Patrick Reardon, Dep D. Medbury Making these unconstitutional things happening. and there is a Big Cover up of Employees Unprofessional Conduct and misconduct, they work together to cover up criminal action that happening.

SORC Bell do the cover up for all the foil request, I have not get none of my foil request for videos with criminal action and misconduct. P. Fendler is the one doing the cover up with the Inmate grievance program for the last 6 months I send out over 85 grievances and nothing have been file or document. O.S.I covering up the unprofessional conduct and misconduct. I have report Harassment, violations of my rights to O.S.I over the phone and the matter did not got look into. the CO play with the mail when I send it out I am missing over 20 mails that got throw away. First Amendment Freedom of speech is being violated to prevent me from taking action to prevent me from exhausted administration Remedies from 2020 to 2022 I keep filing grievance about unprofessional conduct and I am being silence to keep covering up the racism things. on the 10/14/21 to 10/24/21 I was subjects to cold freezing weather the heat did not turned on till the 10/25/21, on the 12/16/21 the heat was turned off in the Freezing cold weather to purposely subject me to the cold weather on the 1/7/22 to 1/8/22 the heat was turned off to subject me to freeze me out in 19teen degree temperature the building did not get heat up till the 1/11/22 this violation of my Eighth Amendment which prohibits cruel and unsual punishment, the CO is wasting the prison population food everyday there 15 to 20 extra tray breakfast and lunch and dinner and the CO is stealing the mess hall food from bananas, Ice Cream chicken and chicken Patties eating the prison population Food CO should not be eating the prisoners food

and Rose, CPM, RN, Pearl, Supervisor Bell every things that happening in this Mantal Health unit is being cover up. I have no right to the grievance, I send out 36 grievance and none of my grievance being File or document my Mails is being throw away, I try to file a Article 78 about what is going on in marcy c.F and the court did not get it, I give the CO Dunn my mail, I send out 2 Superintendent Appeal to the Commissioner and my mail did not got there, I also send out a motion to Cayuga county D.A and my mail did not got there

I send Mail out to PLS, family, inhouse mail and my mails end up missing. from 9/10/21 this been going on. this violation of my due process, Freedom of speech which violated my Firsts and Fourth teen amendment. the RmHu head nurse dorocco is very disrespectful and unprofessional for the last six months when she work and I suppose to get my pain medication she dont give me my medication on the 10/27/21 I was assaulted by Prison guards and did not get no medical Attention and was deny medical care for my injuries my wrists was swell For two weeks from the guards sneezing and twisting the handcuFF in my wrists. I was also Being Force to take T.B medication I did not have T.B and the nurse derocco tell me if I dont take it, am going to stay in the RmHu For a year before they move me and how she going make me lock in my cell From other prisoners, I was deny medical care For my serious medical problem and was being malpractice with T.B medication

and deliberate indifference over 20 sick call them got address or document, the nurse practitioner corigliano is not giving me xray, MRI, Physical therapy for my shoulders, wrists pain am not get Adequate medical care the pain medication not helping and it cut my inside up and in the morning there Blood in my mouth and on the pillow case, I cant get it Address or get my pain medication change. I write over 12 grievances but my grievances was not file or document. on the 10/27/21 I was Assaulted by guards Joseph Russo, John Doe, John Doe the co was trying to break my hand and was sneeze and twisting the handcuff in my wrists my wrists was Badly swollen for 2 weeks after the Strip search I was sexual Assaulted the co use my hand that was handcuff behind my back and pull it on his hard on penis and making my hand rub his penis. This violation of my Eighth Amendment which prohibits cruel and unsual punishment the grievance supervisor P fendler and Rose is manipulating the Inmate grievance program the file process is being manipulated and the hearing process to exhausted administration remedies is being manipulated they or silencing me this violation of due process and Freedom of speech which violated my Firsts and Fourth teen amendment. The Bathroom is being deny when I go to program I have to be in program for 2 hours and is being deny I ask to be on the bathroom list and was deny, I accidentally urine on my self and on the floor 3 time and I was penalized for a accident this violated my Fourth teen Amendment.

On the 10/____ was put on property deprivation by Lt pyke

For 7 days I have nothing in my cell, no mattress, no sheets,
no toilet paper, no toothpaste, no toothbrush, no clean clothing
no soap for 7 days I could not showers my property was
Illegally taken away from me without due process hear, all I
Said to the Lt pyke, was, if you keep play with me and violating
my rigth I will set my cell on Fired, What should of happen by
me saying I will set my cell on Fired, I was suppose to see a
mental health staff, Lt pyke delibrate indifference to humililate
Me, by taking my property and putting me on property deprivation
due process hearing this violation of my fourteen Amendment and
Eighth Amendment.

On the 12 my my mental health record breaching by the guard Jane Doe I watch her going through my confidential mental health record my OMH therapist bellosi give her my mental Health record the guard have no right going through my record breaching the confidentiality this violated the privacy protection of the Fourteenth Amendment, I am not getting adequate mental health treatment for my serious mental illness am hearing voices, see thing, hearing loud music weak up in cold sweets, having nightmares, having panic attacks and feeling suicidal for over 15 months my mental state not stable now all the symptoms I have got worse for over 4 months here in mercy rmHu, I informed the doctor donde, unit chief Sanpietro and my therapist bellosi nothing being done for my diagnoses, I am being deny mental health care delibrate indifference lack of care this violated my Eighth Amendment and the Americans with Disabilities Act, the unit chief Sanpietro is violating my due process law I get penalized with out due process when I get a negative report all my privileges get taken away without due process to proven my innocent, privileges like Movies, popcorn, stage level, Phone, commissary food, this violation of due process and Fourteenth Amendment. Sorc bell is covering up all the illegal thing that going on I being deny all my foil requests he dont reply I ask for videotapes employees Rasta my income and outgoing maile, but because he cover up all the incidents. I could not document nothing, sorc bell work with cplin kirkpat, Lt pyke cover for the guards illegal Action, there is a aggreement of how their runnig the rmHu if there some thing bad happened there going to cover up all the information or incidents to make it look like nothing is wrong along with the grievance supervisors Fendler and Rose this conspiracy and the Acting grievance supervisors Rose was working in the rmHu as a recreation civilian and was then put on the grievance community to take off some of the heat off Fendler to cover up the grievances this a conspiracy and due process violation of the Fourteeth Amendment

the food Administration and the messhall kitchen Civilian John doe and John doe work with the guards to violate the food to punish Sometimes it only one cup of rice in they tray when there should be three cup of rice this caused me to be hungry in the night that it hard to sleep, Sometimes the rice not cook and is watery Sometime there no Hot water in the moring and the coffee come cold and not Hot in the morning, the bread is old and always cold out the Freezer and naver Fresh because it the bread population did not finished and the rmHu get the leftover bread, Sometime the meals be cold and not hot the Kitchen works with guards to punished by violating the food this violation of my eighth amendment and discrimination of people with disability which violated the American with disability. on the 1/7/22 it was a Rastafarian religious religious holiday meal I received the same thing I eat the day before on the 1/6/22 rice, cornbread, and beans and that what I received for my religious meal the religious meal suppose to be seasoning and prepared fresh not no leftover I should not have get the same food From the day before this violation of the First Amendment for protection of religious.

the Food Administration is send old Apple Juices that is a month passed the expiration date I get Apple Juice three time out of the week and I keep geting old and Bad apple juices that have expired on November 17/25/29/ and December 6/10/15 of the year 2021 it expired and I am in the year 2022 and when every there suppose to have chicken or Turkey slice on Sunday I dont get the mass potato that suppose to come with it and how I get I hungry at night because there was no food in the tray there this there way of punishment, this violation of my Eighth Amendment

I was ha... in ... with ... over ... mH Davis Multiple time she let me masturbate in Front of her in class both of these Females Force me in to do so I watch miss Davis let a other prisoner masturbate to her in the class when I when back to my cell I reported it to sgt carpencer he did no investigation a weeks later Miss Davis said to me Come on Ramsay you can do it let me see it and Just like that the sexual relationship storted miss brown also ask me how big, tell me she want to see it then she act like she was riding on my penis while i masturbate I never Want to do so but was force to and ask to, Miss Brown and miss davis then written me a false ticket and set me up I got Force to do so and was sexual Assaulted this violated My Eighth Amendment. the mail is being tampering with, the sick call request Form is being tampering with, the grievance is being tampering with there no Lock on the mail Box Lo Kessler, Lo Dunn, John Doe I put my mail in there hand and it come up missing from inhouse and outgoing mail I am missing over 60 mail the superintendent Patrick Reardon and Dep D. Medbury known about the guard throwing away my mail I sent them letter and even tell them but nothing done because they or covering up everything and is apart of the sabotaging, mistreated, discrimination, and the illegal law they enfocreing For conspiracy of all the illegal thing they do or How they do it

On the 1/26/22 at 10:30 to 11:00 Am there was a chemical substance that was in the air that stop my breathing and have me breathless I started having chest pain and feel like am about to die I let the CO J Champlin know I need Medical Attention When he was doing the facility count I was deny Medical Attention and For a hour in my cell I could not breath and was having chest pain. I was deny Medical care this violation of my Eighth Amendment. on the 1/13/22 to the 1/27/22 I was sick with a really bad cold that could of been covid 19 I was having all the Symptoms Vomiting, dizziness, lost of smells, Bad headache I did not get no medical attention, I put sick call in to the nurse I even verbally said it to the nurse derocco and other nurses I ask For covid test and nothing was down Medically I was deny Medical care this violation of my Eighth Amendment, From October, 7, 2021 I have a bad Fungus under my feets and nothing is being down medical it now 4 months and my Fungus got worsened I was deny medical care this violation of my eighth amendments I was lock in my cell For 24 hours For 30 days From 1/5/22 to 2/5/22 I was not getting my 4 hours out my cell for program I was without Program I was without program For 30 days, I was suffering From Stress and have symptoms of hallucinations and deep depression this Violated the Americans with disabilities and my eighth Amendment

Clpin Kirkpat, Lt pyke, Dsmt Medbury put me on EC for 2 weeks I was lockin my cell 23 hours a day this happen on the 10/12/21 for 2 week Lockin cell and 10/27/21 for 2 weeks. I was put on EC with out no program, am supposed to get 4 hours out of cell daily because of my mentel illness, this violation of the Americans with DisAbilities Act. on the 10/27/21 I was taken to medical to see the doctor while I was in the medical room explaining my medical problems to the doctor Sgt John doe Started interfering with me by saying thing like he can see I tell the doctor I cant see clear out my left eye, I then let the doctor Know about my right Knee and Ankle pain the sgt then said o he going to need a wheelchair I ask the sgt if he can stop with the talking and he reply nobody tell me to stop talk then he start making fun again about my medical Problems when I ask him again to stop talk the other guards in the room just stop my medical call out and force me to go back to my cell when I get to my cell the guards put the cell shield in retaliation. on the 1/1/22 at 4:00 Am I was having chest pain I let the guard know am having chest pain and I need emergency sick call the guard John doe make his rounds again at 4:30 and 5:00 Am and he didnot stop when I was asking him for help he fail to protect, I then see the medical nurse Jane done at 5:30 Am doing meds rounds, I lets her know am having chest pain and she deny me medical care this violation of my Eighth Amendment.

On the 7-16-20 when I about try guards the guard John doe
Purposefully sneeze the handcuff all the way into my wrists to
hurt me when I cry out because of the pain the guard John doe
said to me in my ear your soft like baby shit I was then taken
to medical and deny medical care by nurse dorocco I was then
taken to OBS for a strip search I was then assaulted by two
guards John doe and John doe, the guards was bending up my
hand trying to break my arms the guard grab my mouth with
his hand and started sneezing my face pushing me in the wall
making me hit the back of my head and two handcuff was
place on both my hand and sneeze into my wrists to hurt me
the clping Kirkpat and Lt, Pyke was there and fail to protect
I was then put on contraband watch For 5 days I was put in a
unclean cell with blood and shit that make the cell smell really Bad
I did not have soap, water, toothpaste, toothbrush I did not get no
shower For 5 days when I went back to my cell on the 7/21/20
there was nothing in my cell no property no Mattress, I have to
sleep on the Iron where the mattress go in the night it was
really cold I then received all my property on the 7/23/20
Lt pyke was the one take my property, I did not get no showers
on till 7/23/20 For 7 days. excessive force, failure to protect
Violation of my Eighth Amendment this act deprived the fourteeth Amend-
Ment. CoJ champlin when in my cell on that day when my property was
taking out my cell and he broke my eyeglass handle that I pay 50
daller for and sneeze out both my shampoo out there bottles this
happen on 7/16/20 violation of my Eighth, and fourteeth Amendment

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

### FIRST CLAIM

Eighth Amendment, excessive force, failure to protect deliberate indifference to medical need, unconstitutional condition, deny medical care,

### SECOND CLAIM

Fourteenth Amendment denial of due process
First Amendment retaliation for the exercise
Fourteenth Amendment Due process clause protects

### THIRD CLAIM

First Amendment interference with free exercise of religion, Conspiracy claim
the Americans with Disabilities Act

## VI.  RELIEF REQUESTED

State briefly what relief you are seeking in this case.

Compensatory and punitive damages, tro injunction
Compensatory for one million, punitive for 5 millions

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/30/22          Keno Ramsay
                        Plaintiff's signature
                        (All plaintiffs must sign the complaint)

(revised 10/2/16)

7.    **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

Compensatory for one Million, punitive damages for 5, Millions
tro injunction for medical care xray, MRI, for my injuries
shoulders, wrists, left Big Finger, right knee, Ankle. and Physical
therapy. A safe mail Box, grievance program that work

I declare under penalty of perjury that the foregoing is true and correct.

DATED: ___1 / 30/22___

Keno Ramsay
___21B0692___
Signature of Plaintiff(s)
(all Plaintiffs must sign)

2/2/22

This packet includes Chapter 5 from "The Dialectic Behavior Therapy Skills Workbook" and Chapter 10 from "Stress Management for Dummies" From OMH

There is also a selection of puzzles, word search, sudoku and crossword puzzles.

There is no incentive offered with this week's packet.

Keno Ramsay 21B0692

Marcy RmHu
Box 3600
marcy N.y 13403

Date: 10/23/21

## grievance

From I ~~am~~ in ~~marcy~~ I been having problem with the
inmates grievance program I have written 16 grievance and
only 8 or 9 grievance have been file, I have my copy of my
grievance I have try to File you violated the grievance
directive 4040, This Stopped me from going in the courts I
Should of have alreaddy have all my grievance to CORC in
Albany, you know by not following the grievance directive
would denied my access to the court and you keep all my
grievance I File in Attica Facility this is my second
letter to Send all my grievance to CORC the 45 days
for the Superintendent decision have been up for all my
grievance all over 45 days.

Keno Ramsay 21B0692
RmHu A1-12

Date: 11/17/21

## Grievance

I am having trouble with the Medical nurse Dorocco she
is not Addressing my sick call in the morning and when I
try to tell her my medical problem, she walk away from my cell
I been here for 2 months and I still cant see the dorocco
the doctor because nurse Dorocco is denying me medical care
she tell me over and over you not go to see the doctor and
that I am not getting MRI or X-Ray I been Assaulted in Attica
C.F by co and it 4 months now asking for medical help, my
left Big finger is Broken, Both my Shoulders hurt Bad, Both my
wrists hurt Bad, my right knee hurt Bad, my right Ankles hurt Bad
I cant sleep at nigth, cant walk good, cant stand up for long
because of pain, there is something wrong with me, I also
need to see a eye doctor for my left eye I cant see good
out my left eye. this nurse is real unprofessional

I need medical care for all my medical problems

Keno Ramsay 21B0692

Marcy RmHu
Bax 3600

Marcy NY 13403                              Date: 10/23/21

## Superintendent

I been having problem with the inmates grievance program I have written 16 grievance and only 8 or 9 grievance have been file, I have my copy of my grievance I have try to File you violated the grievance directive 4040, This stopped me from going in the courts I should of have already have all my grievance to CORE in Albany, you know by not Following the grievance directive would denied my access to the court and you keep all my grievance I file in Attica Facility this is my second letter to send all my grievances to CORE the 45 days for the Superintendent decision have been up for all my grievance all over 45 days.

Keno Ramsay 21B0692

Date 10/31/2021

## grievance

I was sexual Assaulted on 10/27/21 by co, after strip search the co use my hand that was handcuff behind me to rub on his penis that was hard the co got a hard on after strip searching me and use my hand to rub on his his hard penis

Keno Ramsay
21B0692

Date: 10/31/2021

<u>grievance</u>

On the 10/28/21 I was Assaulted by CO, the CO try to ~~brake~~ break my
hand and Sneeze the handcuff tieing the handcuff all the way
on to my skin into my wrist and start bending the handcuff
up to hurt me my wrist is Badly swollen and I am in alot
of pain

I need all the CO name that was in this incidents
and all the video

Keno Ramsay 21B0692

Date 10/31/2021

<u>grievance</u>

I am grievance to get my Foil request, I was Assaulted by CO on the 10/27/21 I was taken out my cell to the OBS unit On my way to the OBS I Assaulted I need all the video and the Employees ~~Ratsa~~ Rasta

Keno Ramsay 21B0692

Date: 10/31/2021

## grievance

I got Assoulted by CO on 10/27/21 and did not get no medical Attention for my injuries, Both my wrists is swell Badly and hurt BaD.

Keno Ramsay 21B0692

Date 10/28/2021

## foil

On the on 10/27/21 I was Assaulted by co when taken out my cell on my was to the OBS, I need all the video From out my cell to the Strip Search room where I was also Sexual Assaulted

I need all the video for that incident and I need the Employees Rasta

Keno Ramsay 21B0692
RmHu A1-12

Date:

## grievance

I am having trouble with the medical nurse ▓▓ Dorocco she is not Addressing my sick call in the morning and when I try to tell her my medical problems, she walk away from my cell I been ▓▓▓▓ here for 2 months and I still cant see the doctor because Dorocco is denying me medical care, she tell me over and over you not go see the doctor and that I am not getting MRI or Xray, I been Assaulted in Attica C.F by CO and it 4 months now asking for medical help, my left Big Finger is Broken, Both my shoulders hurt Bad, Both my wrists hurt Bad, my right Knee hurt Bad, my right Ankle hurt Bad. I cant sleep at nigth cant walk good, cant stand up for long because of pain there is something ▓▓ wrong with me., I also need to see a eye doctor for my left eye. I cant see good out my left eye. this nurse is real ▓▓ unprofessional

I need medical care for all my medical problems

## grievance

grievance supervisor and clerks to stop throwing away the grievance I send out 16 grievances and none is file and end up missing because of the respondent behavior I have to stop file grievance cause there not getting file and there should be a little grievance box with a lock on it, and the only person handle the grievance mails is a mailroom officer

## Sick call and Medical care

I am asking the court to have the respondent give me adequate medical care, I need to see a eye doctor for my left eye that I got punch in, I need xray on my Broken left Big finger, I need xray and MRI on Both my Shouders, I need xray and MRI on my wrists, I need MRI on my right knee and right Ankle. there some Wrong I have pain that keep me up at night from be Assaulted By CO, I also need physical therapy.

## Sick call

I am asking the court to have the respondent put a small sick call Box with a lock on it in the Rmttu and to also remove nurse Dorocco from the headnurse she is very unprofessional and be disrespectful to the individuals in the Rmttu to show the co that she dont care about the prisoners. I have aslo put in over 30 sick call to get my medical problem address and she dont Address the problems on her morning round when it should be Address and she would tyin. lie that she dont get the sick call and I try to tell her verbally She walk away, there should be a better nurse that go do her Job professiona

Page ③

Statement of facts

## Mail Box

The mail Box Should have a Lock on the Box and there should be a mail room officer to come down to the Rmttu to handle the mail, So that My mails and the other individual mail stop coming up missing. the co in the Rmttu is throwing away my mails I am missing 6 to 8 letter that I send out but did not went out this been happening

## grievance

I have all my copies of grievance, I try to file and need to get my grievance to CORC to exhausted Administrative Remedy but the Inmates grievance is not working for individuals to File grievance I send out 17 grievances to the inmates grievance and only one time I have a grievance File, the grievance Supervisor is not fileing individuals grievances.

## Sick call

I need to get Adequate medical care xray MRI and Physical therapy there is something wrong with my shoulder, wrists, right knee, right Ankle, left Big finger is Broken, and my left eye I cant see good, I was Assaulted by co on 7/30/21 on nothing happened to me medically it 4 months since I am injuries and I have pain that keep me up at night I was in Attica C.f were I got Assaulted by co it 4 months since I been Trying to get medical care for my injuries but ever time I put in a sick call request to Address my medical problem the nurse lying about not getting my sick call Address.   page ③

So I cant Address my medical problem and the nurse and doctor not giving me Adequate medical care when I ask for xray, M R I and Physical therapy and to see a eye doctor, nurse Dorocco and the doctor denying me of that, I am Badly hurting I am on a pain medication for other medical problem before this injuries incid. and the pain medication not helping at all there is something wron with me medically and when every I take the medication 2 time a day in cut my inside up and in the morning there Blood in my mouth and on the pillow case

## Mail Box

The mail is being tampering with, the sick call request form is bei tampering with, the grievance is being tampering with there no Lock on the mail Box and the CO in the Rmltu is throwing awai the mails I Sent 4 letters Home to my family on the mail did not get to them for 2 months am Try to file grievance to Address Violation of my right and cant do so my grievance is not getting filed also with the Sick call when I request sick call to get my Sick call in the morning to get my medical needs Address the nurse is tell me they dont get my sick call this problem is very distress and A Big Problem that need help of the court, this is a mental health program and staff here Act unprofessional and do anything to sabotage individual he

page ④

Statement facts

## grievance

I have Try to file 17 grievance and only one have been file an not getting my right to exhausted Administrative Remedy 16 grievan I send out did not get file the superintendent and the Dep of ment health know about the grievance supervisor not fileing my grievanc and they want it like that to cover up what go on in the Rmtu they want to keep thing on the down low by letting the Co violating individual in this program and we cant griev it, I write to the Sup intenden about this he dont reply, I talk to the dep of mental health about this problem and they known by not making us file grievance we can not go in the court.

## foil officer

I sent a request to the foil officer requesting for video of the Co who taken me out my cell to OBS and on my way to OBS I was Assaulted by Co I need all video, I also request to get a list of my incoming and outgoing mails and the review of the Rasta Employees to identify all the staff that keep violating my right, I been deny and did not get back a relpy I also Try to griev it.

page ⑤

Keno Ramsay
A1-12
12/17/21
21B06 92

I need to see the doctor for x-ray or MRI there something wrong with my shoulders, wrists, right knee, Ankles, and left Big Finger

---

Keno Ramsay
A1-12
11/17/21
21B06 92

I need xray or MRI there something wrong with my right knee, Ankles, left Big Finger shoulders

---

Keno Ramsay
A1-12
12/16/21
21B06 92

I need to see the doctor my shoulders, wrists, left Big Finger, and Ankle, knee something is wrong am in Alot of pain

---

Keno Ramsay
A1-12
11/28/21
21B06 92

I need to see a doctor my shoulders, wrists, right knee, Ankle and left Big Finger hurt Bad.

Keno Ramsay
21B0692

2/10/22

## grievance

For the last 4 months Since I came from Elmira C.F
Reception in June 2021, I keep Trying to get ASAt problem
Fix, I was wrongfully put in ASAt and I dont do drugs
or alcohol Am being force to do this Eight Months
ASAt Program, I have a 21B0692 number and I dont do
drugs or have a history of Substance Abuse documented
I am not denying this program, I Just want this to
be Fix becouse it not a need for me, I dont have
A drugs or alcohol substance Abuse problem

Action this should Be Fix, by not making it a
program I need.

Keno Ramsay                2/6/22
   A1-12                  21B0692

I am ask for a
Flat order permit there something
wrong with my rigtth knee and
Ankle the pain dont goes away.
Every day I feel the pain. and I
have back pain


Keno Ramsay          2/16 22
   A1-12             21B0692

I am asking for a
Flat order permit. there something
Wrong with my right knee and
Ankle the pan dont go away
Every day I feel the pain  I
even have Lower Back pain

Keno Ramseur
A1-12

3/6/22

my (right knee and
the Ankle hurt Bad every Day)
the pain is there it dont go away
I also have lower Back pain
I am asking for a Flat order
permit.

Keno Ramsay
A1-12

10/20/21
21B0692

I need to see a doctor I am suffering from pain that keeping me up at night I need for my Shoulders, wrists, right knee and left Big finger.

---

Keno Ramsay  10/16/21  21B0692
A1-12

I need to see the doctor. for my left eye and left Big finger, Shoulders, wrists, right knee and Ankle

---

Keno Ramsay
A1-12

11/2/21
21B0692

I need to see a eye doctor and I need to See the medical doctor I have pain that keeping me up at night.

---

Keno Ramsay  10/12/21  21B0692
A1-12

I need to see the doctor for my shoulders, wrists, left Big finger right knee, Ankle. I need xray MRI there something wrong the pain don't want to go away.

Keno Ramsay
A1-12
2130692
1/3/22

I need to see the doctor, my shoulders, my wrists left Big finger, right Ankle, right knee, hurt Bad there something wrong, I need xray. I cant see good out, my left eye need to see the eye doctor

12/28/21
2130692

I am have pain that keeping me up at night, my shoulder, wrists, right knee, right Ankle and left Big finger hurt Bad, I Am asking to get xray or MRI there something wrong

Keno Ramsay
A1-12

Keno Ramsay
A1-12
2130692
1/4/2022

I need to see the doctor am having pain that keeping me up at night my shoulders, wrists knee, Ankles I need Phycial therapy and xray or MRI. I also need to see a eye doctor

12/26/21
2130692

Keno Ramsay
A1-12

I Need to see a eye doctor for my left eye I cant see good and I. Need xray or M.RI for my Big finger, wrists, right knee right Ankle

Keno Ramsay 21B0692

Marcy C.F

Date: 10/22/21

<u>Inmate grievance</u>

We need Better cleaning supplies in the RmHu I have a Bad Fungus on my Feets, there is no cleaning supply to clean the Shower, I keep ask the CO, Sgt, and Dep to give Better cleaning supplies from Shower brush, spray Bottle, wash rag to clean with, but we keep getting Drity map and water that smell to clean with, the CO do this so we dont ask For clean up on Sunday.

Keno Ramsay 21B0692
Marcy C.F

Date: 10/1/2021

## Inmate grievance program

I am being mistreated by medical staff, I ~~being force~~ Being force
to take a T.B medication when I dont have TB the nures Dorocco
tell me if I dont take this medication, I will stay in the RMHU
for a year before they move me. I cant get my sick call Address
every night I put a sick call on my door co take it off the door
and in the morning the nurse keep tell me that they dont get my sick-
call request, I have medical problem and no of dem is getting
Address, From the shoulders pain, wrists pain, a broken Big finger
right knee pain, right Ankle pain, Fungus under my feets, itcheing
problem beteew my goin and I also need to see a eye doctor
nothing is being done all the nurses is denying me medical care
it all most 3 months on nothing have done from I was injuried by
CO, I am suffering and really need medical help

        I need this matter to be look into

## Foil

I sent a request to Fail office requesting For a video of the CO taking me out my cell to OBS and my way I was Assaulted by CO I need all the video and I also requested For the RastA Employees to identify all the staff that keep violating my right

## Cell clean up

there is no Adequate cell clean up, the CO purposeful come around with one map Bucket and three maps to Clean the 100 cell in this pragman the water in the map Bucket be dirty and smell, there no Spray Bottle with Bleach there no shower brush or shower spray. the Covid 19 pandemic is still happening and there no Spray Bottle to spray down the cell and wipe down surface in the cell

Anthony J. Annucci Acting
Dep medBurry          MailBox          commissioner
The mail Box should have a Lock on the Box and have a mail room officer to handle the mail, so that my mails and other individual stop coming up missing

P Reardon          grievance
I have all my copies of grievance I Try to file and need to get permision send to CORC to exhausted Administrative remedy and there should be a Small grievance Box with a lock and the mail room officer should be the only one with the Key and the grievance clerk should be remove her 1 years is over.

corigliano          Sick call          there should be sickcall Box with
I need Adequate medical care, I need Xray MRI and physical Lock therapy there is something wrong with my shouders, wrists, right knee, right Ankle, left Big Finger. I need to see A eye doctor For my left eye. there have not be nothing for me medically to see what wrong I been injuried For 4 months now.

## Foil

I need all the video I requested of the incident on 10/27/21 at 10:30 to 11:00 Am, I also want the Rasta employees to identify all the staff that violated my right.

an administrative remedy is not available when prison administrators thwart inmates from taking advantage of a grievance process through machination misrepresentation or intimidation
william v Corr officer Priatno 829 F3d 118 123 n 2
(2D Cir 2016)

I am ask the court to stop the denfendent to stop the mistreat discrimination Sabotage and the Abuse and the Abuse of Power.

I am asking the court to make a Safe mail Symte in the RmHu by put a Lock on the Mail Box and have a mail room come down to the RmHu in the morning and handle the mail and all the RmHu Co and Sut Stop tampering with the mail.

directive 4483